# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**AMERICAN ALTERNATIVE INSURANCE CORPORATION**     **PLAINTIFF**

**VS.**     **NO. 1:15-CV-154-SA-DAS**

**AAA JEWELRY & LOAN, INC.; ROBERT E. WRIGHT;**
**TIMOTHY B. SCOTT and LYDIA SCOTT**     **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This cause came on to be heard this day on the motion ore tenus of Plaintiff American Alternative Insurance Corporation seeking leave of court to dismiss with prejudice its claims against Defendants AAA Jewelry & Loan, Inc., Robert E. Wright, Timothy B. Scott and Lydia Scott, pursuant to F.R.C.P. 41(a)(2). Having considered this matter, and noting that the parties have agreed to the dismissal of the claims against Defendants AAA Jewelry & Loan, Inc., Robert E. Wright, Timothy B. Scott and Lydia Scott, the Court finds that the motion is well taken and should be granted.

Accordingly, it is ordered and adjudged that all claims asserted by Plaintiff American Alternative Insurance Corporation and its Complaint for Declaratory Judgment are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 10th day of April, 2017.

                         /s/ Sharion Aycock
                         UNITED STATES DISTRICT JUDGE

AGREED BY:

s/John D. Brady
*Attorney for Plaintiff*

s/Charles E. Winfield
*Attorney for Defendants AAA Jewelry & Loan, Inc. and Robert Wright*

s/John Hunter Stevens
*Attorney for Defendants Timothy and Lydia Scott*

996127